

# In the Missouri Court of Appeals
# Eastern District

MARCH 22, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED102385    STATE OF MISSOURI, RES V JOHN SARVER, APP

2.      ED102593 DEMEATRIUS M. RUSH, APP V STATE OF MISSOURI, RES

3.      ED102868 STATE OF MISSOURI, RES V DAJUAN M. BROWN, APP

4.      ED102998 WILLIE J. DAVIS, APP V STATE OF MISSOURI, RES


**CORRECTION(S):**

1.      ED102824 JAMES MEADORS, APP V STATE OF MISSOURI, RES